IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PALMER HAXANS-WALDELL,        ) | |
|     ID # 18051523,                          ) | |
|         Plaintiff,                                ) | |
| vs.                                                            ) | No. 3:20-CV-1239-K-BH |
|                                                ) | |
| DALLAS COUNTY JAIL,                          ) | |
|         Defendant.                              ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  The plaintiff's motion to reopen his case, received on August 20, 2020 (doc. 8.), is **DENIED** without prejudice to filing a new civil rights action.  The Clerk of the Court is directed to again mail the plaintiff a copy of the original complaint submitted in this case, a copy of the standard form for

filing a complaint under 42 U.S.C. § 1983, and a form application to proceed *in forma pauperis*.

SO ORDERED.

Signed September 16th, 2020.

_____
**ED KINKEADE**
**UNITED STATES DISTRICT JUDGE**